===============================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

_____NORTHERN_____ DISTRICT OF _____NEW YORK_____

JUDGMENT IN A CIVIL CASE

DOCKET NO 1:05-CV-0321 (LEK/RFT)

PAUL WESOLOWSKI and
LAURA WESLOWSKI,

                              Plaintiffs,
   -against-

J. RICHARD BOCKELMAN, Sheriff, County of
Ulster, BRADFORD EBEL, Superintendent,
RAY ACEVEDO, Warden, and
COUNTY OF ULSTER,

                              Defendants.

_____ JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____XX____ DECISION by COURT. This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendants as against the plaintiffs, in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated August 31, 2007.

DATE:  August 31, 2007

                                                       *LAWRENCE K. BAERMAN*
                                                       CLERK OF THE COURT

                                                       Scott A. Snyder
                                                       **Courtroom Deputy to the**
                                                        **Honorable Lawrence E. Kahn**